SIMON WOLK, COMPLAINANT–APPELLANT, v. WILLIAM
WIDLANSKY, ET ALS., DEFENDANTS–
RESPONDENTS.

Argued February 21, 1949—Decided February 28, 1949.

*Mr. Samuel H. Nelson* argued the cause for the complainant-appellant (*Mr. Herman H. Anekstein,* attorney).

*Mr. Stephen V. R. Strong* argued the cause for the defendants-respondents *(Messrs. Strong & Strong,* attorneys)

PER CURIAM. The decree under review will be affirmed for the reasons expressed in the opinion of Vice Chancellor Jayne in the former Court of Chancery.

*For affirmance:* Chief Justice VANDERBILT and Justices CASE, HEHER, WACHENFELD, BURLING, and ACKERSON—6.

*For reversal:* None.